UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:07-cr-6054 |
| | ) | |
| v. | ) | |
| | ) | MATTICE / CARTER |
| RONALD LEONARD ROBINSON | ) | |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on May 28, 2010, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision of Supervising U.S. Probation Officer David T. Croft. Those present for the hearing included:

(1) AUSA Terra Bay for the USA.
(2) The supervised releasee, RONALD LEONARD ROBINSON.
(3) Attorney John McDougal for defendant.
(4) U.S. Probation Officer Joey Byars.

After being sworn in due form of law, the supervised releasee was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense based upon the information presented during the hearing. Attorney McDougal was appointed to represent the defendant. It was determined that defendant had been provided with and reviewed with counsel a copy of the Petition for a Warrant or Summons for an Offender Under Supervision.

AUSA Bay moved the defendant be detained without bail pending his revocation hearing before U.S. District Judge Harry S. Mattice, Jr. Defendant waived his right to a preliminary hearing but requested a detention hearing, which was held.

**Detention Hearing Proof**

U.S. Probation Officer Joey Byars testified and was cross-examined by counsel for defendant. Both parties presented their respective arguments concerning the issues of detention or release, which were fully considered by the Court.

## Findings

(1) Based upon the petition and defendant's waiver of preliminary hearing, the undersigned finds there is probable cause to believe the defendant has committed violations of his conditions of supervised release as alleged in the petition.

(2) The defendant has not carried his burden of demonstrating that, if released, he would not pose a danger to another person or to the community under Fed. R. Crim. P. 32.1(a)(6).

## Conclusions

It is ORDERED:

(1) The supervised releasee shall appear for a revocation hearing before U.S. District Judge Mattice.

(2) The motion of AUSA Bay that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Mattice is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Mattice on **June 14, 2010 at 9:00 a.m.**

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE